**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:  
DANA CHARLES ARCHIBALD  
MARCIA LYNN ARCHIBALD  
311 HOMESTEAD PARK DRIVE  
APEX, NC 27502

CASE NO: 08-08352-8-ATS  
CHAPTER 13

### TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS

The undersigned Chapter 13 Trustee hereby moves the Court to dismiss the above-referenced case for the reason(s) set forth below:

The Plan is not feasible in that the Secured and/or Priority creditors are not paid in full.

**The Debtors are hereby notified** that unless a written response and request for hearing (if a hearing is desired) is filed with the Trustee within **twenty (20) days** of this Motion, the Court may summarily dismiss this case without further notice.

DATED: February 27, 2009

/s/*John F. Logan*  
JOHN F. LOGAN  
CHAPTER 13 TRUSTEE

### CERTIFICATION OF SERVICE

This is to certify that a copy of the foregoing Trustee'e Objection To Confirmation And Motion To Dismiss was served on the Debtors and the Attorney for the Debtors at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party by electronic transmission, pursuant to Local Rule 5005-4(9)(b).

DATED: February 27, 2009

/s/Nancy Burton  
Case Adminstrator

**COPIES FURNISHED TO:**  
DEBTORS  
ATTORNEY FOR DEBTORS