UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

In Re:
Dana Archibald And Marcia Archibald
Social Security No.: xxx-xx-7830 and xxx-xx-2588
Address: 311 Homestead Park Drive, Apex, NC 27502-
                                                              Debtors

Case No.  08-08352-8-ATS
Chapter   13

### APPLICATION FOR ADDITIONAL ATTORNEY FEES

Undersigned law firm, the attorney for the Debtors (hereinafter referred to as "Attorney"), pursuant to Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2016-1(a), requests approval of an additional attorney fee, in the amount set forth and provided for in Local Rule 2016-1(a)(6) and the Administrative Guide for Practice and Procedure for the Bankruptcy Court, for services rendered on behalf of the Debtors, and in support thereof, respectfully shows unto the Court as follows:

Attorney for the Debtor verifies that it has completed the following service: Uncontested lien avoidance by adversary proceeding.

Said service is defined as a service not covered by the Base Fee approved in this case because said service was not performed during the first twelve (12) months after the filing of the case.

Said service is included in the list of presumptive non-base fees.

Debtors have been informed of the procedures applicable in this district to awards of attorney fees in Chapter 13 cases.

Attorney requests approval in the amount of $500.00, which he believes to be a fair and reasonable fee for these services.  Regarding these specific services, undersigned has never previously applied for an attorney fee; he has received no payment, he has received no transfer, assignment or pledge of property from the Debtors or any other entity; and he has not shared or agreed to share with any other entity the compensation sought.

**WHEREFORE**, undersigned prays that this Court approve an additional attorney fee in the amount of $500.00, modify the Chapter 13 plan as may be necessary to accommodate the payment thereof, and direct the Trustee to pay said fee from the proceeds of the Chapter 13 plan as an administrative expense pursuant to 11 U.S.C. 503(b)(4) and Local Rule 2016-1(a)(9).

Dated: June 23, 2009

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

 s/ John T. Orcutt
John T. Orcutt(State Bar No. 10212)
Attorney for Debtors
6616 Six Forks Road, Suite 203
Raleigh, NC 27615
(919) 847-9750

**CERTIFICATE OF SERVICE**

I, Jay Melbourne, of the Law Offices of John T. Orcutt, P.C. certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on June 23, 2009, I served copies of the foregoing **APPLICATION FOR ADDITIONAL ATTORNEY FEES** by first class mail upon the following parties:

Dana Archibald And Marcia Archibald
311 Homestead Park Drive
Apex, NC 27502-

<u>and</u> by automatic electronic noticing upon:

John F. Logan
Chapter 13 Trustee
P.O. Box 61039
Raleigh, N.C.  27661-1039

                                                  /s Jay Melbourne
                                                  Jay Melbourne